UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Preston D. Perkins, Jr., <br><br>        Plaintiff <br><br> v. <br><br> Panorama Towers Condominium Unit Owners' Association Inc., et al., <br><br>        Defendants | Case No. 2:23-cv-01690-CDS-DJA <br><br> **Order Striking Plaintiff's Rogue Motion to Supplement** <br><br> [ECF No. 97] |

      This is a now-closed landlord-tenant dispute that was brought by pro se plaintiff Preston D. Perkins against numerous defendants. *See* First am. compl., ECF No. 50. On May 7, 2024, I granted the defendants' motions to dismiss and closed this case, which Perkins appealed. *See* Order, ECF No. 92; Notice of appeal, ECF No. 93. On October 20, 2025, the Ninth Circuit Court of Appeals affirmed that decision. Mem., ECF No. 96. On January 3, 2026, Perkins filed a motion to supplement the record, citing Federal Rule of Appellate Procedure 10(e), Federal Rule of Civil Procedure 60(b)(3), and "equity jurisdiction." Mot., ECF No. 97. None of these rules allow Perkins to supplement the record in this closed case, nor is the court a repository for the additional information or allegations that Perkins seeks to lodge against the defendants. Accordingly, I strike the motion to supplement as rogue. *See Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (explaining that the district court has inherent authority to strike improper filings "to promulgate and enforce rules for the management of litigation").

Conclusion

IT IS THEREFORE ORDERED that the plaintiff's motion to supplement the record [ECF No. 97] is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff may not file any new documents into this closed case.

Dated: January 5, 2026

_____
Cristina D. Silva
United States District Judge

2